■ LILA LEE, as Executrix of RICHARD LEE, Deceased, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, and HALLEN CONSTRUCTION Co., INC., Respondent.— Order of the Supreme Court, Westchester County, dated December 26, 1967, which resettled a prior order dated September 5, 1967, affirmed. (Magee v. Faymour Development Co., 32 A D 2d 811.) Appeal from order of said court dated September 5, 1967 dismissed as academic. That order was superseded by the order of resettlement, dated December 26, 1967. One bill of $10 costs and disbursements is allowed to respondent to cover both appeals. The statements shall be produced at the place directed in the orders under review at a time to be specified by respondent in a written notice of not less than 10 days or at such other time and place as may be agreed by the

parties. Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.